## Donofrio, Appellant, *v.* Donofrio.

Argued November 10, 1969. *Ronald J. McKay,* with him *James L. Bowman,* and *Harrison, King, Bowman, Sabino & Gillotti,* and *Bolte & McKay,* for appellant; *Harry S. Kalson,* for appellee.

OPINION PER CURIAM: Order affirmed. Having made an independent study of the entire record, we are of

the opinion that the court below properly refused a decree in divorce in this case.

HOFFMAN, J., dissents.